UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOBBY MARSHALL,

    Petitioner,

v.                                 CASE NO. 2:05-CV-72645-DT
                                   HONORABLE GEORGE CARAM STEEH

BARRY D. DAVIS,

    Respondent.
_____/

## JUDGMENT

For the reasons stated in an Opinion and Order issued this date,

**IT IS ORDERED** that judgment is entered in favor of Respondent, and the habeas corpus petition is **DENIED**.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                              BY: s/Josephine Chaffee
                                                  DEPUTY COURT CLERK

Dated: July 24, 2006